UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Brandon Ortiz-Vite

(Enter above the full name of the plaintiff(s), including prisoner number, in this action.  If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

v.

Donald J. Trump, President

Steven Cheung, principal Spokesperson

(Enter above the full name of the defendant(s) in this action.  If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

**FILED - GR**
July 13, 2026 1:55 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: AR / 7.14

**2:26-cv-156**
**Jane M. Beckering**
**U.S. District Judge**

## COMPLAINT
### (Print Clearly)

I.  **Previous Lawsuits**

**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

A.  Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?     Yes ☐   No ☑

B.  If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1.  Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

_____

2.  Is the action still pending?     Yes ☐   No ☑

a.  If your answer was no, state precisely how the action was resolved: _____

_____

3.  Did you appeal the decision?     Yes ☐   No ☑

4.  Is the appeal still pending?     Yes ☐   No ☑

a.  If not pending, what was the decision on appeal? _____

_____

5.  Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐   No ☑

a.  If so, explain: _____

_____

- 2 -

(W.D. Mich. Form – Last Revised: September 2021)

II. **Parties**

A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff _Brandon Ortz-ulte_

Place of Present Confinement _Chippewa Correctional Facility_

Address _4269 W. M-80, Kincheloe, MI 49784_

Place of Confinement During Events Described in Complaint _Kent County Corrections facility_

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 _Donald J. Trump_

Position or Title _President_

Place of Employment _The White House_

Address_1600 Pennsylvania Avenue, NW, Washington, DC, 20500_

Official and/or personal capacity? _Official (President of the United States)_

Name of Defendant #2 _Steven Cheung_

Position or Title _Principal Spokesperson_

Place of Employment _The White House_

Address_1600 Pennsylvania Avenue, NW, Washington, DC 20500_

Official and/or personal capacity? _Official_

Name of Defendant #3 _____

Position or Title _____

Place of Employment _____

Address_____

Official and/or personal capacity? _____

Name of Defendant #4 _____

Position or Title _____

Place of Employment _____

Address_____

Official and/or personal capacity? _____

Name of Defendant #5 _____

Position or Title _____

Place of Employment _____

Address_____

Official and/or personal capacity? _____

- 3 -                                    (W.D. Mich. Form – Last Revised: September 2021)

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

During a presidential campaign in Grand Rapids MI, Canidate (2024) Donald J. Trump Spoke about my case and mentioned me by name! Calling me out and labeling me as a prime example to Americas problem!! Although I was not present, I heard about his speech. On the night of March 26th ᴮ.ᴼᵁ I was detained for crime that changed my life. Because I was remorseful for my actions on the 26th I turned my self in and cofessed to the murder of my partner at the time being. Knowing the all respectful ᴮ.ᴼᵁ consequences it would bring, I stood tall and was when asked about the actions that took place on the night of March 24th, 2024. But what I did Not know was how everything could unfold on all News networks and social media outlets! From there my nightmare began. My life was now in the eyes of the public, friend or foe! Anyone in the U.S with access to a T.V. or phone had access to my full name, Age, ethnicity, prior criminal History and what school I graduated from. The guilt and anguish I felt, ᴮ.ᴼᵁ was only a portion of what my family was going through, I can only imagine. I was housed in Maximum at Kent County Correctional Facility, with my business displayed on T.V. I was an outcast. Not only did everyone see ᴮ.ᴼ. my personal business on T.V. but they ᴮ.ᴼᵁ now knew my personal ʟife ᴮ.ᴼᵁ ᴮ.ᴼᵁ forcing me to isolate myself from others! It all became clear to me when I first met with my court appointed attorneys. They explained how my case had now gotten blown out of porportion and was now a High Profile case! The shock in their eyes and the tears from mine was reaction to my

(W.D. Mich. Form – Last Revised: September 2021)

realization that I was living everyones worst nightmare! To be publicly infamous, A target! To the United States of America from here everything went downhill, I was now labeled a cold blooded murderer in the eyes of the people of this nation. The anxiety and dispair I felt compares to no other. Being a subject on public television made me a target, a risk to my case, A risk to my family and a risk to my life. I presented myself at my preliminary hearing and was repectful, although I was over whelmed by all the cameras and people in the courtroom, due to the fact that I had a high profi case. It felt worse when Staff and inmates spoke their mind about my case in my presence comments like "Smile for the cameras" rot in prison" "Mr. Famous" dont kill me"... The nightmare wasn't when I was asleep asleep, It was going through my day, in my Skin, while they spoke about me on public Television. Hearing about it and the way others laughed at how I was portrayed reassured me that labels and how a person views you is powerful! Seeing it myself, first hand showed me that in the eyes of this nation, I was viewed as a threat. I was put into a category. Who Iw as a person NO Longer mattered! What only mattere was my race, My case and immigrationstatus! Once again it belifted me, shattered my dignity and what I was as a person. "All this propaganda, before being sentenced thought to myself wishing they just change the channal or better yet, turn off the T.V.!

the shame it brought to my family name is a reality I have to live with now. I took full responsibility for my actions but for them to use my case for political gain on T.V. was unjust. Humiliating. When I thought it couldn't get worse it did. I was centerstage infront of a Nation, pubulic scrutiny at it's finest!
Mean while, being, incarcerrated I had to deal with the humiliation that came from seeing myself on the News and on political campaingn commerials. It was now football season we would watch the Lions play, During Commercial they showed presidential campaing propaganda B.O.C for our crimes comitted by illeganaliens, Labeling us like, Murderers rapists, Drugs traffikers... they displayed 5 individuals includ ing myself. Below our mugshots. What we were "accussed of captioned. Broken inside, with no resources while bein incarcerated. I felt like I had no voice, while others used my name and public humiliation I felt isolated, Fear of what was consumed me to the point where I asked to be put on medications, to cope with situation. With public defenders at my side, they could only do so much. So with all the publicity I knew one thing. I had to take any deal they offered me. I would never win, Not with how the media pert rayed me! Coerced into taking any deal they offered, I Plead gulty to second degree murder. At sentencing I was charged with Murder, Carjacking, weapons charges My guideilines were 40 to 100 years, way over my guidilines for a first time offender.

Cameras outnubered the people in the Courtroom
that day, I knew deep down it was because I was
a political Sacrifice, Shattered by the out come,
I expressed to my attorneys how unreal it felt,
to have my life picked a part due to public
Scruting, Going into the court room that day.
Subconciousny they had already made up. Their
minds because of how I was portrayed on T.V.
there for it was a foregone Conclusion.

|S| _____

Brandon Ortiz-Uite

IV. **Relief**

State briefly and precisely what you want the court to do for you.

1) Counseling to help with the stress I experienced everyday
2) Punitive Damages for My Family and Me and anyone that may have suffered from this gross action, in the amount of 75.5 million
3) All Court Cost to be paid by defendant
4) Naturalization to this beautiful Country
5) See attachment...

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☐ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☑ I request that this case be assigned to a district judge.

_____
**Date**

_____
**Signature of Plaintiff**

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

- 5 -

(W.D. Mich. Form – Last Revised: September 2021)

IV. Relief

5) Safe guards from this ever happening to anyone that may have suffered the way I did in the Justice System

6) A public apology by the defendant.

Brandon Ortiz-Vite #816395
Chippewa Correctional facility
4269 W - M-80
Kincheloe, MT 49784

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 49788
02 7W
0008040225 JUL 06 2026
$ 002.44⁰

United States District Court
399 Federal Building
110 Michigan St. NW
Grand Rapids MI 49503