UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BRANDON ORTIZ-VITE,

Plaintiff,

v.

DONALD J. TRUMP, et al.,

Defendants.
_____________________________/

Case No. 2:26-cv-156

HON. JANE M. BECKERING

**ORDER**

*Pro se* Plaintiff – state prisoner Brandon Ortiz-Vite – filed this civil action against Defendants President Donald J. Trump and principal spokesperson Steven Cheung, in their official capacities. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 14, 2026 (ECF No. 6), recommending that this Court dismiss the complaint because it is frivolous and fails to state a claim upon which relief may be granted. The Report and Recommendation was duly served on Plaintiff.[1] Plaintiff had until September 28, 2026 to file his objection, if any, to the Report and Recommendation (*see* ECF No. 8). No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 6) is APPROVED and ADOPTED as the Opinion of the Court, and Plaintiff's Complaint is DISMISSED because it is frivolous and fails to state a claim upon which relief may be granted.

[1] Plaintiff is the only party that has appeared in the case at this time.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any objections to the Report and Recommendation. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.

Dated: October 20, 2026

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge